1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone: 415/394-3800
3  Facsimile: 415/394-3806

4  Attorney for Defendant
   KENI RENTA
5
   DANNY B. SCHULTZ, SBN 196232
6  809 Montgomery Street, 2nd Floor
   San Francisco CA 94133
7  Telephone: 415/394-3800
   Facsimile: 415/394-3806
8
   Attorney for Defendant
9  JAUWON WILDER

10

11
                        UNITED STATES DISTRICT COURT
12
                       EASTERN DISTRICT OF CALIFORNIA
13

14
   UNITED STATES OF AMERICA,         No. 2:12-CR-00124
15
           Plaintiff,
16                                   STIPULATION AND ORDER TO
                                     RESCHEDULE THE
17      v.                           STATUS CONFERENCE

18
   KENI RENTA,
19 JAUWON WILDER,

20         Defendants.
                                    /
21

22
        THE PARTIES HEREBY STIPULATE AND AGREE that the status
23
   conference presently set for May 17, 2012, shall be continued to
24
   May 24, 2012.
25
        It is further stipulated and agreed between the parties
26
   that time be excluded until the requested hearing date on May
27
   24, 2012, under local code T4, preparation of counsel.
28

                                    1

A plea agreement has recently been provided by the government which is presently under consideration; however, counsel for defendants would like additional time to review the provisions of the plea agreement with their respective clients, including reviewing the factual basis against the discovery to ensure the pleas are the best interests of the defendants and consistent with the discovery provided by the government.  The parties expect that any resulting issues or concerns can be resolved before May 24, 2012 and therefore expect that that date may be a change of plea hearing rather than status conference.  The parties will advise the Court of such a development in advance of May 24, 2012.

Respectfully Submitted,

/S/JEAN HOBLER                     /S/ZENIA K. GILG
JEAN HOBLER                        ZENIA K. GILG
Assistant U.S. Attorney            Attorney for Defendant
                                   KENI RENTA
Dated: May 11, 2012                Dated: May 11, 2012


/S/DANNY B. SCHULTZ
DANNY B. SCHULTZ
Attorney for Defendant
JAUWON WILDER
Dated: May 11, 2012

///

///

///

///

**ORDER**

Based on the parties' representations, the Court finds that the ends of justice served by the requested continuance outweigh the interests of the defendants and the public in a speedy trial.  The status conference in this matter is accordingly continued to May 25, 2012 at 9:00 a.m.  Time between May 17, 2012 and May 24, 2012 shall be excluded pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE