```
BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00124 MCE |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| KENI RENTA, and JAUWON WILDER, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Keni Renta and Jauwon Wilder, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 31 U.S.C. § 5317(c)(1) and Fed. R. Cr. P. 32.2(b), defendants Keni Renta and Jauwon Wilder's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a) Approximately $18,655.95 in currency seized from Bank of America business checking account ending 2049;

        b) Approximately $5,272.80 in currency seized from Bank of America personal checking account ending 2431;

    c) 14KW Classic Engagement Ring with 1.5 CTS Princess Diamond (VS-2 Clarity, G Color);

    d) A money judgment in the amount of $315,000 against Keni Renta[1], and

    e) A money judgment in the amount of $61,000 against Jauwon Wilder.

  2. The above-listed property was property, real or personal, involved in or is property traceable to the violation of 31 U.S.C. § 5324(a)(3).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service-Criminal Investigation, in its secure custody and control.

  4. a. Pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

---

[1] To the extent that the United States realizes any sums from the forfeiture of assets specified above, the sum of the money judgments listed in paragraphs 1.d and 1.e shall be reduced accordingly.

1            b.  This notice shall state that any person, other than
2 the defendants, asserting a legal interest in the above-listed
3 property, must file a petition with the Court within sixty (60)
4 days from the first day of publication of the Notice of
5 Forfeiture posted on the official government forfeiture site, or
6 within thirty (30) days from receipt of direct written notice,
7 whichever is earlier.
8      5.  If a petition is timely filed, upon adjudication of all
9 third-party interests, if any, this Court will enter a Final
10 Order of Forfeiture pursuant to 31 U.S.C. § 5317(c)(1) and Fed.
11 R. Cr. P. 32.2(b), in which all interests will be addressed.
12      IT IS SO ORDERED.

 Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE