BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAUWON WILDER,<br><br>        Defendant. | 2:12-CR-00124 MCE<br><br>STIPULATION AND ORDER TO APPLY FUNDS TO PARTIALLY SATISFY A PERSONAL MONEY JUDGMENT |

It is hereby stipulated by and between the United States of America and defendant Jauwon Wilder, by and through their respective attorneys, as follows:

    1.    On June 13, 2012, a Preliminary Order of Forfeiture was entered that included forfeiture of a money judgment in the amount $61,000.00 against defendant Jauwon Wilder.  The parties anticipate that the Preliminary Order of Forfeiture will be adopted at the time of sentencing on October 11, 2012.

    2.    On February 14, 2012, approximately $6,014.82 was seized from a bank account held in the name of Jauwon Wilder at Bank of America pursuant to a state search warrant.  These funds were recently transferred from the Sacramento County District Attorney's Office to the Internal Revenue Service – Criminal Investigation.

1

**Stipulation and Order to Apply Funds to Personal Money Judgment**

3. Defendant Jauwon Wilder stipulates and agrees that the $6,014.82 shall be applied to partially satisfy the above-listed money judgment. The remaining balance of the money judgment will be $54,985.18. Any funds applied towards such judgment shall be forfeited to the United States and disposed of as provided for by law.

4. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Department of Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Internal Revenue Service – Criminal Investigation, in its secure custody and control.

DATE: October 10, 2012                             BENJAMIN B. WAGNER
                                                   United States Attorney

                                          By:      /s/ Jean M. Hobler
                                                   JEAN M. HOBLER
                                                   Assistant U.S. Attorney

DATE: October 10, 2012                             /s/ Daniel B. Schultz
                                                   DANIEL B. SCHULTZ
                                                   Attorney for Claimant Jauwon Wilder
                                                   (authorized on Oct. 10, 2012)

IT IS SO ORDERED.

Dated:  October 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**Stipulation and Order to Apply Funds
to Personal Money Judgment**