BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENI RENTA, and<br>JAUWON WILDER,<br><br>Defendants. | 2:12-CR-00124 MCE<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on June 13, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 31 U.S.C. § 5317(c)(1) and Fed. R. Cr. P. 32.2(b), based upon the plea agreements entered into between plaintiff and defendants Keni Renta and Jauwon Wilder forfeiting to the United States the following property:

a) Approximately $18,655.95 in currency seized from Bank of America business checking account ending 2049,

b) Approximately $5,272.80 in currency seized from Bank of America personal checking account ending 2431,

c) 14KW Classic Engagement Ring with 1.5 CTS Princess Diamond (VS-2 Clarity, G Color),

d) A money judgment in the amount of $315,000 against Keni Renta,[1] and

e) A money judgment in the amount of $61,000 against Jauwon Wilder.

AND WHEREAS, on or about November 1, 2012, the Court entered an Order to Apply Funds to Partially Satisfy a Personal Money Judgment for Keni Renta in the amounts of $13,013.36 and $17,000.00, for a total of $30,013.36 to partially satisfy the above-listed money judgment. The remaining balance of the money judgment against Keni Renta is $284,986.64.

AND WHEREAS, on or about November 1, 2012, the Court entered an Order to Apply Funds to Partially Satisfy a Personal Money Judgment for Jauwon Wilder in the amount of $6,014.82 to partially satisfy the above-listed money judgment. The remaining balance of the money judgment against Jauwon Wilder is $54,985.18.

AND WHEREAS, beginning on June 15, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

///

[1] To the extent that the United States realizes any sums from the forfeiture of assets specified above, the sum of the money judgments listed in paragraphs 2.d and 2.e shall be reduced accordingly.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following property pursuant to 31 U.S.C. § 5317(c)(1) and Fed. R. Cr. P. 32.2(b), to be disposed of according to law, including all right, title, and interest of Keni Renta and Jauwon Wilder:

a) Approximately $18,655.95 in currency seized from Bank of America business checking account ending 2049,

b) Approximately $5,272.80 in currency seized from Bank of America personal checking account ending 2431,

c) 14KW Classic Engagement Ring with 1.5 CTS Princess Diamond (VS-2 Clarity, G Color),

d) A money judgment in the amount of $315,000.00 against Keni Renta,[2]

e) A money judgment in the amount of $61.000.00 against Jauwon Wilder,

f) $13,013.36 seized from Bank of America account in the name of Serenity Enterprises, LLC,

g) $17,000.00 seized from Bank of America account in the name of SOG Enterprises, LLC, and

h) $6,014.82 seized from Bank of America account in the name of Jauwon Wilder.

///

///

---

[2] To the extent that the United States realizes any sums from the forfeiture of assets specified above, the sum of the money judgments listed in paragraphs 2.d and 2.e shall be reduced accordingly.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service - Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: December 26, 2012

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE